**FILED**

December 22, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:11-cr-00295-MCE |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| SERGEY POTEPALOV, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Sergey Potepalov; Case 2:11-cr-00295-MCE

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

___    Release on Personal Recognizance

___    Bail Posted in the Sum of _____

_X_    Unsecured Appearance Bond in the amount of $100,000, unsecured

and co-signed by Vladimir Potepalov.

___    Appearance Bond with 10% Deposit

_X_    Appearance Bond secured by Real Property and a parcel of land

totaling $60,000 in equity.

___    Corporate Surety Bail Bond

_X_    (Other) Pretrial Supervision/Conditions, and to the third-party

custody of Vladimir Potepalov.

Issued at  Sacramento, CA  on   December 22, 2011 at  10:00 a.m.

By   Dale A. Drozd

Dale A. Drozd
United States Magistrate Judge