1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   SERGEY POTEPALOV

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-CR-00295 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER ALLOWING DEFENDANT SERGEY POTEPALOV TO OBTAIN NEW JERSEY DRIVER'S LICENSE** |
| vs. | |
| SERGEY POTEPALOV, | |
| Defendant. | |

   The undersigned parties hereby agree to the following modification to defendant Sergey Potepalov's pretrial release conditions:

   Sergey Potepalov shall be allowed to obtain a driver's license from the State of New Jersey for purposes of obtaining employment.

   Mr. Potepalov currently resides in New Jersey and will remain there until the termination of his case.  In order to seek employment, it is essential to obtain a New Jersey driver's license.

Dated:  May 23, 2012                    Respectfully submitted,

                                        /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
                                        Attorney for Defendant
                                        SERGEY POTEPALOV

/ / / / /

/ / / / /

/ / / / /

**Stipulation and [P̶r̶o̶p̶o̶s̶e̶d̶] Order Allowing Defendant Sergey Potepalov to Obtain New Jersey Driver's License**

1 | Dated:  May 23, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Daniel McConkie
DANIEL McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated:  May 23, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order Allowing Defendant Sergey Potepalov to Obtain New Jersey Driver's License**